UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOCORRO ZAMUDIO-REYES,

    Plaintiff,

v.

M. E. SPEARMAN,

    Defendant.

Case No. 13-cv-03175-VC

**JUDGMENT**

The petition for writ of habeas corpus having been dismissed with prejudice, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: December 8, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO ZAMUDIO-REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. E. SPEARMAN,<br><br>　　　　Defendant. | Case No.  13-cv-03175-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 12/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Socorro  Zamudio-Reyes ID: MADF 10115619
2777 Ventura Avenue
Santa Rosa, CA 95403


Dated: 12/8/2014

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA